FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

FILED

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

FEB 2 1 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Richard Scott Smith
_____
(Enter above the full name of the plaintiff in this action)

VS.

United States Of America
_____

See attached
_____

_____
(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. **4:25 CV 00353**

**JUDGE PEARSON**

JUDGE_____

**COMPLAINT**

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐  NO ☑

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs_____

_____

Defendants_____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Frank Garza |
| Job or Title *(if known)* | Previous Warden, FCI Elkton |
| Street Address | 8730 Scroggs Rd |
| City and County | Lisbon , Columbiana |
| State and Zip Code | Ohio , 44432 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ian M. Healy |
| Job or Title *(if known)* | Current Warden, FCI Elkton |
| Street Address | 8730 Scroggs Rd |
| City and County | Lisbon , Columbiana |
| State and Zip Code | Ohio , 44432 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ms. Dees |
| Job or Title *(if known)* | HSA, Previous , FCI Elkton |
| Street Address | 8730 Scroggs Rd |
| City and County | Lisbon , Columbiana |
| State and Zip Code | Ohio , 44432 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Nicole Dufour |
| Job or Title *(if known)* | HSA, Current , FCI Elkton |
| Street Address | 8730 Scroggs Rd |
| City and County | Lisbon , Columbiana |
| State and Zip Code | Ohio , 44432 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.    5

    Name    Rick T. Higham

    Job or Title *(if known)*    DDS , FCI Elkton

    Street Address    8730 Scroggs Rd

    City and County    Lisbon , Columbiana

    State and Zip Code    Ohio , 44432

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    6

    Name    Scott Lawrence

    Job or Title *(if known)*    DDS , FCI Elkton

    Street Address    8730 Scroggs Rd

    City and County    Lisbon , Columbiana

    State and Zip Code    Ohio , 44432

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    7

    Name    Donald Cavanaugh

    Job or Title *(if known)*    PA , FCI Elkton

    Street Address    8730 Scroggs Rd

    City and County    Lisbon , Columbiana

    State and Zip Code    Ohio , 44432

    Telephone Number

    E-mail Address *(if known)*

Defendant No.    8

    Name    Debra Giannone

    Job or Title *(if known)*    FNP-BC , FCI Elkton

    Street Address    8730 Scroggs Rd

    City and County    Lisbon , Columbiana

    State and Zip Code    Ohio , 44432

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No.            9

    Name                                   Ian Connors

    Job or Title *(if known)*     Administrator National Inmate Appeals ,
                                         ~~Admin Remedy Section~~

    Street Address              ~~8730 Scroggs Rd~~  / 320 1st St. NW , FBOP

    City and County          Washington, DC

    State and Zip Code      DC , 20534

    Telephone Number

    E-mail Address *(if known)*

Defendant No.            10

    Name                                   J.C Petrucci

    Job or Title *(if known)*     Regional Director - FBOP NE Region

    Street Address              2nd and Chestnut St. , 7th floor

    City and County          Philadelphia ,

    State and Zip Code      PA , 19106

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

**II.   Place of Present Confinement**__FCI ELKTON_____

A. Is there a prisoner grievance procedure in this institution?   YES ☒  NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☒  NO ☐

C. If your answer is YES,

1. What steps did you take?_BP-8 , BP-9 , BP-10 , BP-11_____

_____

2. What was the result?_Denial_____

_____

D. If your answer is NO, explain why not_____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐  NO ☐

F. If your answer is YES,

1. What steps did you take?_____

_____

2. What was the result?_____

_____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff _____Richard Scott Smith_____

Address _____P.O. Box 10 , 8730 Scroggs Rd, Lisbon OH 44432_____

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant _____See attached_____is employed as

_____ at _____

C. Additional Defendants _____

_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

On 11/21/12, during an initial visit for dentures with Laurence Scott, DDS, I was approved for dentures. (Exh. A)(Exh. W) After 8 months of waiting on a list, I received my dentures.

Upon my release from BOP custody in 2013, I visited a local dentist at Corbin Dental in Corbin, KY. In order to be released from custody on time, I had to sign paperwork and accept the condition of the dentures the BOP provided. The dentures did not fit. At Corbin Dental, they refit and tried to fix what the BOP made. Corbin ended up making a new set of dentures that fit properly and didn't need the adhesive. At the time of my arrest, Approx. 6:35am 5/21/20 by Thad T. Lambedin, my dentures were in a cleaning solution. The FBI placed me at Laurel Detention

(continued)

(Statement of Claim Continued)

in London, KY. I notified my ex-wife to bring my glasses and dentures. When the active guard told about it, he stated they were both rejected, and that I would receive new ones at prison. Around 3/22/21, I arrived back at FCI Elkton. Donald Cavanaugh, PA oversaw my intake (A+O)(4/1/21)(Exh B) and wrote on (Page 7 of 12) within the section for mouth, it states teeth poor, dentation: NO , Gums Normal:Yes , Pharyna: Normal Color , Dentures: No , Teeth count: Mostly present. 18 minutes later I was seen by Scott Lawrence, DDS (Exh. G). On page (1 of 4) that says Encounter for screening of dental disorders during (A+O) during the COVID-19 pandemic, he states it was resolved. (Exh. C, E, and F). This didn't match with what Mr. Lawrence had told me. He stated I was on the waiting list for dentures. I sent an electronic copout on 8/9/22, to which dental responded I was placed on the national waiting list and would be seen when time, staff, and resources are next, available. My name wasn't added to the national list until 8/9/22, which I was supposed to be added back on 4/1/21 by Mr. Lawrence(Exh. D). I then forwarded my request to Ms. Dees, HSA, for further review to which she responded 8/25/22 (Exh. H) "I am not sure what you are requesting from me." On 8/18/22, I was seen by Mr. Higham, DDS to discuss dentures very briefly. According to Mr. Higham on 8/18/22 (Dental Routine Care page 1 of 2)(Exh. I) at 7:52AM "Examination reveals CPITN score of X in sextants with poor oral hygeine. Oral and written oral hygeine instructions given. Instructions to include toothbrushing, flossing, and the use of ADA approved Dentifice." It states "Patient is edentulous". Merriam Webster definition of edentulous: Toothless. Also according to Mr. Higham on 8/18/22 at 8:12AM (Dental Health History Screen Page 2 of 3)(Exh. J) history shows "No" across the listings. Which in and of itself is a contradiction as poor oral hygeine includes bad breath, bleeding gums, decayed teeth, blisters, swelling, or lumps.

And yet none were marked: Yes. The biggest problem with this is the dental services program

4.1

## (Statement of Claim Continued)

statement (PS 6400.03)(Exh. K) has a clause that the treatment dentist may discontinue comprehensiv

dental care any time it becomes apparent the inmate is not practicing proper oral hygeine. I didn't

go back to the dentist as I was expecting routine checkups through callout. I then requested my

complete medical record. Upon receiving it, I drafted a BP-8 (10/19/22)(EXH. L) and submitted it

to Counselor Shepas (10/20/22) and received a response (11/31/22). The response was from Mr.

Higham to Ms. Dufour, HSA.(Exh. M). I filed my BP-9 on (12/27/22)(Exh. N) and received a response

from F.Garza, Warden on (1/13/23) where he agreed with dental's decision. I filed a BP-10 to

region (1/13/23)(Exh. O) and received a response from J.C. Petrucci on (3/28/23) also agreeing

with the warden and dentist departments decision. I filed a BP-11 to National on (4/24/23)(Exh. P)

and received a response from Ian Connors (6/21/23). Mr. Connors states that upon review of my

medical records I was placed on the waiting list for dentures as of (8/9/22). Xrays were taken

(8/18/22)(Exh. V) and a treatment plan was done by the dentist. However, on (12/6/22 @@ 10:02AM),

which is approx. 6 months prior, I had seen Debra Giannone, FNP-BC, for a chronic care visit and

requested a soft fruits diet to help with weight and fear of choking (Exh. Q). If Ian Connors

reviewed my records, why did he make a statement to go to sick call in regards to a special diet?

I had already requested the special diet. During all of these administrative processes, I had

requested full disclosure copies of all of my medical records and emails back and forth between

myself and the medical department. (9/25/24) I wrote a BP-8 due to not hearing a response for over

21 days (Exh. R). Their response was to send me a copy in the inmate mail bag (10/17/24) but only

for dates (3/8/23 - 10/15/24)(Exh. S). A clinical encounter note dated (3/7/23 at 13:51) has a

handwritten response stating 310 pgs delivered, however, the other pages I requested were denied

due to already being given. I lost these copies during a property reduction from staff. Now to

4.2

(Statement of Claim Continued)

keep tabs on the national waiting list, I inquired my placement on (11/27/23) and was listed #142 (Exh. T). I requested an update on (3/26/24) and was told #94 (Exh. T). In May of 2024, which the email was requested but never printed, the update stated I was #98 to which I asked how I went higher on the list. The response was being put on callout on (6/5/24) for dental, Mr. Higham seen for Xrays to get dentures. Dr. Higham said dentures were going to be finished by December. When I asked if they were going to be functional dentures, Dr. Higham asked what I meant. I asked if I had no gums how were the dentures going to be functional, to which Dr. Higham put gloves on and then checked my gums to which he stated they would figure something out and get back to me. And to top it off, the dental assistant told me I was there because I was "Top of the list". At that point, I honestly thought I was going to get my dentures when he told me I would. The last update I had received was on (12/10/24) telling me I was #54 (Exh. T). Since (7/7/24) I have sent six different emails dating (7/7/24 , 8/10/24 , 8/12/24 , 8/12/24 , 8/15/24 , 9/6/24)(Exh. U) to which I have yet to this day to received a response to. These emails were to obtain whether the Xrays taken were approved for dentures. With no response for 2 months, I decided to wait for December in case the dentures were made and received. And here I am filing this paperwork.

The criteria necessary to be met in order to receive dental implants, based on the ADA, is grafting done if bone less, overall good health, gums and jawbone. The average cost of dental gum restoration with implants is $3,000 to $6,000 per tooth depending on mitigating factors. Research by the Aesthetika Dental Studio states that eating without dentures can cause jawbone fracturing. The ADA also backs that report by stating there is bone loss every single time an edentulous person eats.

4.3

(Statement of Claim Continued)

The National Institute of Health states, "Tooth loss can indeed have several significant effects on oral health, including loss of gum tissue and the reabsorption (Shrinkage) of the jaw bone, when teeth are missing, the stimulation that they provide to the jawbone during chewing is lost. This stimulation is important for maintaining bone density; without it, the bone in the area of missing teeth can begin to atrophy and deteriorate over time, a process known as bone absorption. This can ultimately lead to changes in facial structure and loss of support for any remaining teeth."

The Journal of American Dental Association states, "It is true that prosthetic dental solutions like dentures can help maintain the shape of the mouth and provide some stimulation to the gums and jawbone. It is also true that dental interventions like dental implants can act much like natural teeth in maintaining bone and gum tissue, as the implant post integrates with the bone and provides similar stimulation to natural tooth roots."

To this day, since the start of this process, I still have no useable teeth for eating food. The staff are still ignoring my questions and real concerns. If a professional Xray by an outside professional is taken, it would show the bone loss and damage dealt. If the Bureau of Prisons actually took the time to research this matter, they would see what I state and claim is True and ACCURATE.

4.4

(Statement of Claim Continued)

QUESTIONS:

1. If I was approved for dentures during intake around (3/22/21), then why am I still waiting for them, 4 years later?

2. Why does the paperwork not match anything spoken about during the health visits?

3. How was the denture conversation with Scott Lawrence resolved during COVID if I still don't have any to eat with?

4. Why are the staff so neglectful in their duties?

5. How can an edentulous inmate floss or brush their teeth properly if they have none?

6. Why is the BOP fighting me for my treatment that is obvious to everyone else?

7. Why haven't I been placed on a special diet, after I requested it?

8. Why do I have to file in court to get anything done by the staff here at FCI Elkton?

9. Why are my emails summarily ignored?

10. Why is there a form in my medical paperwork that was generated after the date of the care visit?

- 5 -

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes).

Medical implants that are functional not cosmetic, paid for by the BOP; Monetary damages for neglect, pain and suffering, and gum and bone loss in the amount of $1500 a day for the last 4 years being without teeth. If the BOP can not fix the damage they have caused due to it being permanent, then the damages sought are $1500 a day until I am 75 years old. A policy change in inmate healthcare and treatment needs to be updated and reflect the injustice the BOP has forced upon inmates. If the BOP can not fix the issue then I would also like to be considered for compassionate release due to medical issues. And lastly, I would like no retaliation from the BOP to include diesel therapy, locked in the SHU, or targeted by the staff at FCI Elkton for filing.

Signed this ____18th____ day of ____February____ , ____2025____.

I declare under penalty of perjury that the foregoing is true and correct.

___2 / 18 /2025___                    _____
(Date)                                      (Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2 / 18 /2025

Signature of Plaintiff

Printed Name of Plaintiff      Richard Scott Smith

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5